**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page No: 1

| Case No.: | 17-32426-HDH | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | PREMIUM COMMERCIAL PLUMBING, INC. | Date Filed (f) or Converted (c): | 01/16/2018 (c) |
| For the Period Ending: | 12/31/2020 | §341(a) Meeting Date: | 02/06/2018 |
| | | Claims Bar Date: | 08/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 4717 Highway 34 South (u) | $300,000.00 | $225,000.00 | | $0.00 | FA |
| 2 | Cash on hand. (u) | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Security deposits with public utilities, telepho (u) | $171,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset did not appear on the conversion schedules as the debtor was in arrears and providers retained the deposits to cover arrearages | | | | | |
| 4 | BANK ACCOUNTS (u) | $27,711.50 | $3,037.54 | | $0.00 | FA |
| Asset Notes: | These funds were in the DIP account and checks had been written against the funds. | | | | | |
| 5 | CHECKS FOR DEPOSITS (u) | $104,638.92 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset does not appear on conversion schedules as checks in the chapter 11 were to be deposited in the D-I-P account . Any checks held by debtor upon conversion had already been deposited into account | | | | | |
| 6 | Patents, copyrights and other intellectual prope (u) | $4,776.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset does not appear on conversion schedules. Testimony is that this was an error | | | | | |
| 7 | Licenses, franchises and other general intangibl (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset did not appear on conversion schedules | | | | | |
| 8 | Licenses, franchises and other general intangibl (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset does not appear on conversion schedules | | | | | |
| 9 | Licenses, franchises and other general intangibl (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset does not appear on conversion schedules | | | | | |
| 10 | Inventory. (u) | $76,000.04 | $0.00 | | $0.00 | FA |
| Asset Notes: | From the original petition, no 1019 schedules were filed despite requests. | | | | | |
| 11 | A/R 90 days old or less. Face amount = $954,550. (u) | $954,550.39 | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtor claims there are many offsets to A/R number for amounts owed, or that have already been paid without notice to the Debtor, to sub-contractors and/or vendors | | | | | |
| 12 | A/R 90 days old or less. Face amount = $248,265. (u) | $248,265.05 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset does not appear on conversion schedules. And testimony is that any AR in this listing is uncollectible | | | | | |
| 13 | A/R Over 90 days old. Face amount = $84,329.07. (u) | $84,329.07 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset does not appear on conversion schedules. Testimony is that this asset is uncollectible | | | | | |
| 14 | Desk, Tables, File Cabinets, Chairs, Sofas See E (u) | $4,013.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | On conversion schedules, this entry appears as "miscellaneous" and includes any office equipment whether leased or owned. The auctioneer did not find anything of value owned by the | | | | | |

Case 17-32426-hdh7　Doc 195　Filed 01/31/21　Entered 01/31/21 19:10:27　Desc Main
Document　Page 2 of 3

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 17-32426-HDH | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | PREMIUM COMMERCIAL PLUMBING, INC. | Date Filed (f) or Converted (c): | 01/16/2018 (c) |
| For the Period Ending: | 12/31/2020 | §341(a) Meeting Date: | 02/06/2018 |
| | | Claims Bar Date: | 08/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

debtor in this category to sell for benefit of the estate.

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Light fixtures in building owned See Exhibit 2. (u) | $52.50 | $0.00 | | $0.00 | FA |
| Asset Notes: | This asset does not appear on conversion schedules. Testimony is that this fixture will convey with building and is not a seperate asset and was listed in error. | | | | | |
| 16 | Computers, Monitors, Phones, Server, Software Se (u) | $9,362.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Conversion schedules greatly reduced this value by more than half as testimony revealed that much of the "computer equipment" was leased or "gone" with no explaination during the ch 11 | | | | | |
| 17 | CARS, VANS, TRUCKS, TRACTORS, SUVS, (u) | $35,100.00 | $35,100.00 | | $0.00 | FA |
| Asset Notes: | MTLS granted re: 2014 Dodge Ram 2014 Dodge Ram 2500 2016 Silverado C2500 2015 Silverado K3500 2016 Chevy City Express The Trustee did not administer these vehicles. The Trustee administered (per DN 116) : 2009 Dodge Ram 2006 Isuzu 2002 Navistar International Dump Truck 30' trailer Bobcat Model E85 25' gooseneck trailer 2009 Ford F-350 2016 Chevy Express LS 2015 Silverado K3500 | | | | | |
| 18 | EQUIPMENT (u) | $153,075.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | The trustee and his auctioneer inspected the debtor's former location and 90% of this inventory was not onsite and no one could provide adequate information as to its whereabouts. | | | | | |
| 19 | Insurance settlement from Federated (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | From the original petition, no 1019 schedules were filed despite requests. Order DN 140 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3

| Case No.: | 17-32426-HDH | Trustee Name: | Scott M. Seidel |
| --- | --- | --- | --- |
| Case Name: | PREMIUM COMMERCIAL PLUMBING, INC. | Date Filed (f) or Converted (c): | 01/16/2018 (c) |
| For the Period Ending: | 12/31/2020 | §341(a) Meeting Date: | 02/06/2018 |
| | | Claims Bar Date: | 08/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20  BOBCAT  (u) | Unknown | $25,005.00 | | $0.00 | FA |
| Asset Notes: The trustee discovered this asset and liquidated it for benefit of creditors | | | | | |
| 21  Potential cause of action against prior business  (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: This asset was added in the conversion schedules. The debtor's representative claims his prior "consultants" gave him bad business advice. The Trustee has assigned a number as a placeholder and it in no way reflects what may be the actual value of the asset and cannot be used as the estimate of recovery. The trustee has not found any evidence of a valid claim against consultants. | | | | | |
| 22  note receivable  (u) | $76,000.04 | $4,000.00 | | $0.00 | FA |
| Asset Notes: Stephen Wilcox  Order DN 194 | | | | | |
| 23  Transfer to Nigel Wilcox and Premium Mechanical  (u) | Unknown | $0.00 | | $4,000.00 | FA |
| Asset Notes: Order DN 186 | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| $2,248,873.51 | $292,142.54 | | $4,000.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
| --- | --- |
| 12/30/2020 | All settlement payments have been received , tax returns filed-awaiting 505b correspondence |
| 01/31/2020 | The trustee continues with litigation of estate claims in pending adversary. |
| | Conversion case. |
| | Internal Revenue Service has perfected claim in excess of $2,500,000. against the Debtor and Debtor representatives jointly and severally |
| | IRS wanted case converted for an orderly sale of assets see docket number 87 |
| | Debtor had a name change from Shade Tree Electric in approximately 2016. |
| | 12/15/18 Trustee continues to investigate the financial affairs of debtor, liquidate property and investigate and pursue a/r and preferences |
| | 3/1/18 Trustee liquidating estate property and investigating financial affairs of debtor |

| Initial Projected Date Of Final Report (TFR): | 01/16/2020 | Current Projected Date Of Final Report (TFR): | 05/31/2021 | /s/ SCOTT M. SEIDEL |
| --- | --- | --- | --- | --- |
| | | | | SCOTT M. SEIDEL |